NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EPLUS, INC.,**
*Plaintiff-Appellee,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

---

2011-1396

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

---

## ON MOTION

---

Before MAYER, *Circuit Judge.*

### ORDER

Lawson Software, Inc submits a motion for a stay, pending appeal, of the permanent injunction entered by the United States District Court for the Eastern District of Virginia on May 23, 2011. Lawson also requests an immediate stay of the injunction pending disposition of its motion for a stay, pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) ePlus, Inc. is directed to respond no later than June 6, 2011.

(2) Lawson's request for an immediate stay is denied.

FOR THE COURT

**MAY 2 5 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
    David M. Young, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 5 2011

JAN HORBALY
CLERK